UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY MAYES, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 14-CV-1759 |
| | ) | |
| v. | ) | JUDGE PEARSON |
| | ) | |
| ELI LILLY AND COMPANY, et al. | ) | MAGISTRATE JUDGE BURKE |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S NOTICE OF SERVING INITIAL DISCLOSURES
<u>PURSUANT TO FED. R. CIV. P. 26(a)</u>**

Pursuant to Fed. R. Civ. 26(a) and this Court's Standing Case Management Conference Order, Defendant Eli Lilly and Company, by and through its undersigned counsel, hereby gives notice to this Court that Plaintiff was served with Defendant's initial disclosures via email on January 22, 2015.

Date:  January 22, 2015	Respectfully submitted,

/s/ Joyce D. Edelman
Joyce D. Edelman  (0023111), Trial Attorney
Porter, Wright, Morris & Arthur LLP
41 South High Street
Columbus, Ohio 43215
Telephone: (614) 227-2000
Facsimile: (614) 227-2100
E-Mail:  jedelman@porterwright.com

*Attorneys for Defendant Eli Lilly and Company*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

    Craig S. Tuttle, Esq.
    Leeseberg & Valentine
    175 South Third Street, PH-1
    Columbus, OH 43215
    614-221-2223; 614-221-3106 (fax)
    ctuttle@leesebergvalentine.com

    R. Brent Wisner, Esq.
    Michael L. Baum, Esq.
    BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
    12100 Wilshire Blvd., Suite 950
    Los Angeles, CA 90025
    Tel: (310) 207-3233
    Fax: (310) 820-7444
    rbwisner@baumhedlundlaw.com
    mbaum@baumhedlundlaw.com

    Harris L. Pogust, Esq.
    T. Matthew Leckman, Esq.
    POGUST BRASLOW & MILLROOD, LLC
    Eight Tower Bridge, Suite 1520
    161 Washington Street
    Conshohocken, PA 19428
    hpogust@pbmattorneys.com
    mleckman@pbmattorneys

    *Attorneys for Plaintiff*

    /s/ Joyce D. Edelman
    Joyce D. Edelman