UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY MAYES, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 14-CV-1759 |
| | ) | |
| v. | ) | JUDGE PEARSON |
| | ) | |
| ELI LILLY AND COMPANY, et al. | ) | MAGISTRATE JUDGE BURKE |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE THAT DEFENDANT ELI LILLY AND COMPANY'S
MOTION TO DISMISS THE FIFTH AND SIXTH CAUSES OF
ACTION OF PLAINTIFF'S FIRST AMENDED COMPLAINT
IS UNOPPOSED AND RIPE FOR DECISION</u>**

Defendant Eli Lilly and Company ("Lilly") filed a Motion to Dismiss the Fifth and Sixth Causes of Action of Plaintiff's First Amended Complaint on February 26, 2015 ("Motion") (Doc. #19). Pursuant to Local Rule 7.1(d), Plaintiff had until March 31, 2105 to oppose the Motion but did not oppose it.

Accordingly, pursuant to Local Rule 7.1(g), Lilly's Motion to Dismiss the Fifth and Sixth Causes of Action of Plaintiff's First Amended Complaint is unopposed and ripe for decision.

          Respectfully submitted,

          /s/ Joyce D. Edelman
          Joyce D. Edelman  (0023111), Trial Attorney
          Porter, Wright, Morris & Arthur LLP
          41 South High Street
          Columbus, Ohio 43215
          Telephone: (614) 227-2083
          Facsimile: (614) 227-2100
          Email:  jedelman@porterwright.com

          Michael X. Imbroscio (D.C. Bar No. 445474)
              *admitted pro hac*
          Phyllis A. Jones (D.C. Bar No. 983154 )
              *admitted pro hac*
          Covington and Burling LLP
          One City Center
          850 Tenth Street, NW
          Washington, D.C.  20001-4956
          Telephone: (202) 662-5694
          Facsimile: (202) 778-5868
          Email: mimbroscio@cov.com
          Email: pajones@cov.com

          *Attorneys for Defendant Eli Lilly and Company*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

    Craig S. Tuttle
    Leeseberg & Valentine
    175 South Third Street, PH-1
    Columbus, OH 43215

    Harris L. Pogust
    T. Matthew Leckman
    Pogust, Braslow & Millrood, LLC
    Eight Tower Bridge, Suite 1520
    161 Washington Street
    Conshohocken, PA 19428

    Michael L. Baum
    Brent Wisner
    Baum, Hedlund, Aristei & Goldman PC
    12100 Wilshire Blvd., Suite 950
    Los Angeles, CA 90025

    *Attorneys for Plaintiff*

                          /s/ Joyce D. Edelman
                          Joyce D. Edelman